UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD H. DUNN,

    Plaintiff,                                                           Civil Action No. 07-10528

vs.

                                                            HON. BERNARD A. FRIEDMAN

INTERNAL REVENUE SERVICE and
MARK EVERSON, COMMISSIONER,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court on defendants' motions to dismiss. On May 16, 2007, oral argument was held before Magistrate Judge Virginia Morgan. On May 25, 2007, Magistrate Judge Morgan issued a Report and Recommendation regarding the motions. No objections were filed thereto. Having had the opportunity to review the pleadings and documents filed by both parties, the court shall accept and adopt the Magistrate Judge's recommendations.

Accordingly,

IT IS ORDERED that Magistrate Judge Morgan's Report and Recommendation of May 25, 2007, is accepted and adopted as the findings and conclusions of the court.

1

IT IS FURTHER ORDERED that defendants' motions to dismiss plaintiff's complaint, and revised complaint, are granted.

BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: JUL 17 2007
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.

Patricia Foster Hommel
Secretary to Chief Judge Friedman

2